UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MISTER SPROUT, INC.

                Petitioner      NOTICE OF APPEAL

      -against-

                                          Civil Action No.

WILLIAMS FARMS PRODUCE SALES, INC.

                Respondent

------------------------------------------------------------X

      Notice is hereby given that Mister Sprout, Inc, petitioner in an action before the United States Department of Agriculture, hereby appeals to the United States District Court, Southern District of New York, from the order of the Secretary of Agriculture in the matter of <u>Williams Farms Produce Sales, Inc. v. Mister Sprout, Inc.</u>, PACA E-08-520, Docket No. R-09-082, dated July 15, 2010, by William G. Jenson, Judicial Officer, a copy of which is annexed hereto and made part hereof as an Exhibit.

Dated:    August 9, 2010

                                                  LINDA STRUMPF, ESQ. 2948
                                                  Attorney for Petitioner
                                                  2 West Road
                                                  South Salem, NY 10590
                                                  (212) 566-6800

TO: Williams Farms Produce Sales, Inc
      7622 Ashton Road
      Islandton, South Carolina 29929-2709